IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:22-cr-00213-KJM |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| VISHNU CHINTAMAN, | ) | |
| Defendant. | ) | |

The above-named defendant appeared in the District of New Jersey on a Rule 5 for our court, but has not appeared here yet. This defendant seeks appointed counsel. A financial affidavit has been separately submitted. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Tasha Chalfant is appointed to represent the above defendant in this case effective *nunc pro tunc* to April 9, 2024.

This appointment shall remain in effect until further order of this court.

Dated: April 9, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

-1-