UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-0213 KJM |
| Plaintiff, | |
| v. | TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A |
| VISHNU CHINTAMAN, | |
| Defendant. | |

**ORDER**

GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Vishnu Chintaman with the cost of travel from Newark, New Jersey to Sacramento, CA on May 7, 2024, so that he may attend Court on May 8, 2024. Additionally, the United States Marshal shall provide Mr. Chintaman with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Tasha Paris Chalfant, to reimburse her for the cost of lodging, food, and incidental expenses while Mr. Chintaman is in Sacramento, California between May 7-8, 2024, in connection with his court appearance on May 8, 2024. It is further ordered that CJA fund shall be disbursed for travel and subsistence to enable Mr. Chintaman to return to his home near New Jersey when that court proceeding is completed.

To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures: Mr. Chintaman's airfare back to New Jersey from Sacramento at $242.61, lodging on May 7, 2024, in Sacramento for approximately $145.00 before taxes and fees, one days per diem at $64.00, $30.00 for transportation back to the airport for the flight back to New Jersey (10 miles).

The total amount to be reimbursed defense counsel for Mr. Chintaman is not to exceed $481.61, plus reasonable expenses, fees, and taxes.

IT IS SO ORDERED.

Dated:  April 12, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE