TASHA PARIS CHALFANT, SBN 207055
TASHA PARIS CHALFANT LAW, PC
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
VISHNU CHINTAMAN

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VISHNU CHINTAMAN,<br><br>  Defendant. | 2:22-cr-0213 KJM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Mr. VISHNU CHINTAMAN initially appeared in March 2024 before the District of New Jersey for the charges in this matter. He was released on a $200,000 unsecured bond with conditions. He then appeared in May 2024 before the Eastern District of California and was allowed to continue release on the same conditions. Since then, he has been supervised by the Pretrial Services Agency with a courtesy supervision in Pennsylvania where he resides. Due to the close proximity of multiple jurisdictions, Mr. CHINTAMAN seeks a modification to extend his authorized travel beyond New Jersey, Pennsylvania and the Eastern District of California – to include the Eastern District of New York.

- 2 -

After consultation with Assistant United States Attorney Veronica Alegria and Pretrial Services Officer Julian Aguilar, the defense requests and the government does not oppose, that Mr. CHINTAMAN's conditions of pretrial release be modified as follows.

<u>ALLOW</u> him to travel within the Eastern District of New York.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated: August 5, 2024         <u>/s/Tasha Paris Chalfant</u>
                              TASHA PARIS CHALFANT
                              Attorney for Defendant
                              VISHNU CHINTAMAN

Dated: August 6, 2024         <u>/s/Tasha Paris Chalfant for</u>
                              VERONICA ALEGRIA
                              Assistant United States Attorney
                              Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  August 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE