ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VISHNU CHINTAMAN,<br>Defendant. | CASE NO. 2:22-CR-00213 DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO SET A CHANGE OF PLEA HEARING<br><br>[~~PROPOSED~~] DATE: August 21, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. The Court has currently set a status conference for August 21, 2026. ECF 525.

2. Defendant VISHNU CHINTAMAN, by and through his counsel of record, desires that the Court set a change of plea hearing on August 21, 2026, at 9:30 a.m. before the Honorable Dena Coggins, United States District Court Judge, Courtroom 10, 13th Floor, in lieu of the status conference currently scheduled for that date and time.

//

//

3. The United States, by and through its counsel of record, joins in the stipulation and request.

IT IS SO STIPULATED.

Dated: August 6, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: August 6, 2026

/s/ *Tasha Chalafant*
TASHA CHALAFANT
Counsel for Defendant
VISHNU CHINTAMAN

**ORDER**

IT IS HEREBY ORDERED as to Vishnu Chintaman, the court, having received, read and considered the parties' stipulation filed on August 5, 2026 (Doc. No. 542), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 21, 2026, is CONVERTED to a Change of Plea Hearing and CONFIRMED for August 21, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Dena Coggins
United States District Judge